Decided October 15, 1993

PHILIP H. SCHNABEL *v.* CLYDE R. TYLER

The plaintiff's petition for certification for appeal from the Appellate Court, 32 Conn. App. 704 (AC 10937), is granted, limited to the following issues:

"1. Did the Appellate Court properly conclude that the trial court had been correct in ruling that the qualified immunity defense under 42 U.S.C. § 1983 was not available to the plaintiff?

"2. Did the Appellate Court properly conclude that the trial court had correctly excluded the evidence

offered by the plaintiff on the issue of the plaintiff's qualified immunity under 42 U.S.C. § 1983?"

The Supreme Court docket number is SC 14853.

*Elliot B. Spector,* in support of the petition.

*Kathleen Eldergill,* in opposition.

Decided October 15, 1993